# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

JEFFREY R. WENK AND LEE ANN WENK
A/K/A LEE ANN MADDEN,

           Petitioners

    v.

STATE FARM FIRE AND CASUALTY
COMPANY AND H.J.M. ENTERPRISES,
INC. TDBA FIREDEX OF PITTSBURGH,

        Respondents

: No. 127 WAL 2020
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:
:
:

---

JEFFREY R. WENK AND LEE ANN WENK
A/K/A LEE ANN MADDEN,

        Petitioners

    v.

STATE FARM FIRE AND CASUALTY
COMPANY AND H.J.M. ENTERPRISES,
INC. TDBA FIREDEX OF PITTSBURGH,

        Respondents

:
: No. 128 WAL 2020
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:

JEFFREY R. WENK AND LEE ANN WENK  :  No. 129 WAL 2020
A/K/A LEE ANN MADDEN,            :
                               :
          Petitioners    :  Petition for Allowance of Appeal
                               :  from the Order of the Superior Court
                               :
          v.               :
                               :
STATE FARM FIRE AND CASUALTY    :
COMPANY AND H.J.M. ENTERPRISES,  :
INC. TDBA FIREDEX OF PITTSBURGH,  :
                               :
          Respondents  :
                               :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 24th day of November, 2020, the Petition for Allowance of Appeal

is **DENIED**.